AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00201 |
| Steven Cook | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 8/10/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 111(a)(1) | (Assaulting, Resisting, or Impeding Certain Officers) |
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. § 1752(a)(1) | Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority. |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| 18 U.S.C. § 1752(a)(4) | (Engaging in Physical Violence in a Restricted Building or Grounds) |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Issuing Officer's signature*

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/10/2023

*Complaintant's signature*

City and state: Washington, D.C.    Honorable G. Michael Harvey,
*United States Magistrate Judge*