AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Steven Cook<br><br>*Defendant* | ) Case: 1:23-mj-00201<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 8/10/2023<br>) Description: Complaint W/ Arrest Warrant<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Steven Cook                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - (Assaulting, Resisting, or Impeding Certain Officers)
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1752(a)(1) -Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.
18 U.S.C. § 1752(a)(2)-(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(4) - (Engaging in Physical Violence in a Restricted Building or Grounds)

Date: 08/10/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.08.10 11:49:27 -04'00'

*Complainant's signature*

City and state:      Washington, D.C.             Honorable G. Michael Harvey,
*United States Magistrate Judge*

### Return

This warrant was received on *(date)* 08-10-2023, and the person was arrested on *(date)* 09-16-2023
at *(city and state)* Leesburg, Virginia.

Date: 09-16-2023

*Arresting officer's signature*

Jesse Lykins, Special Agent
*Printed name and title*